UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK LOPILATO,<br>RHONDA FULTON,<br>MICHAEL FULTON,<br>MICHAEL LOPILATO,<br><br>Defendants | Case No. 16-MJ-2209-MBB |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney moves the Court to seal the Complaint, the supporting affidavit, this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/: Christopher F. Bator
Assistant U.S. Attorney
Date: December 21, 2016

*[Handwritten annotations in left margin: "December 21, 2016." "Allowed." "Marianne B. Bowler"]*