May 22, 2019

To the Honorable Judge

Your Honor,

I am writing in regards to Rhonda Fulton who will appear in front of you on May 28, 2019 to find out her fate If I may take a few moment of your time to read the following about Rhonda.

I have known since she was Ten (10) years old. I met Rhonda when her father and I had met at my sister's wedding back in 1975.  Rhonda's father and I were friends for some time and it turned out that we started dating and then finally married in May, 1978. Happy to say we just celebrated our 41st. Anniversary…

Rhonda came to live with her father and I and her younger brother for a few months back in 1984 when Rhonda lived with us, we made sure that she had chores to do and curfew to keep to hopefully become a responsible person and to be responsible for her own actions of which she did.

I encouraged Rhonda to complete her GED of which she did. We then made sure that Rhonda had a job as she wanted to get her driver's license and get a vehicle of her own…  I took Rhonda out and taught her how to drive and took her to get her driver's license of which she passed.  Rhonda then had a job and was supporting herself as a young woman should…. We were so proud of her accomplishments in such a short period of time.

My husband and I moved to Florida in 1989 and Rhonda stayed with her mother and sisters. Relationships became strained and we lost contact for many years. Rhonda was determined to get back in touch with her father and I and for many years she was unable to find us. Finally, after several years of searching in 2002 Rhonda finally found us and came to visit. Ever since this time we have remained in close contact with her.

Rhonda made a decision to move to Florida back in 2014 and to live only a few miles away it made us so happy. This story could go forever but I just want you to know a few things about Rhonda.

Rhonda comes to our house every Sunday to visit with us and it makes us so happy to see her.  She is always close by if we ever need her for any help or support or just to make us laugh and smile. Rhonda comes to all our family functions and she loves to invite her nieces over to her home and helps them with Art/Painting and all kinds of crafts. She makes it so much fun for them they don't want to leave. Rhonda is such a loving person one who cares for you all the time.

Rhonda has found new friends that are helping her to become an Artist in her right. She is now associated with an Art Gallery downtown Melbourne, Florida. Rhonda's Paintings are being shown and hung up in Melbourne museum and libraries here in Palm Bay & Melbourne Florida… She has found her place down here and is looking to spread her wings far and beyond what she had thought she could.  She volunteers at the Art Gallery as well.

Please Your Honor we ask that you find it in your heart to send Rhonda back to us so that she can get on with her life here with us, her father, younger brother, sister in-law, nieces and nephews and myself who will gladly help and support her and keep her on the right path going forward.

Thank you for your Consideration

 Sincerely,

Janet Mercier

Dear honorable judge                                    I have known Rhonda Fulton all of my life , she is my sister   I am very surprised to see my sister in this position at all  as she is one of the kindest  hearted people I know . Not just because she is my sister but because I know her so well.   Rhonda has always been the kindest person to everyone around her .  She has never been in trouble with the law  that's not the person she is. She has three beautiful children that she took care of by herself and six beautiful grandchildren that adore her .

My sister is an upstanding citizen whom worked hard to take care of her family and would never do anything to jeopardize her relationship with her children or grandchildren . Please take this letter into consideration when making a judgement  as I believe she is an honorable upstanding woman . Sincerely   Kimberley Imbruglia.    5/16/19.

5/15/19

To Whom It May Concern

Rhonda Fulton is my stepdaughter who I have known since 1975 when she was a small girl . She was always a loving kind, honest and bright child during her school years.  When she graduated high school her mother was financially unable to send her to college ,but did help her to attend modelling  school.

After that she was a working mother caring and supporting her three children .  She was always kind and generous to her mother always sent flowers during holidays particularly Mothers Day , never burdening, her with any of her problems.

Rhonda worked for my engineering  firm as a surveying assistant for about a year. She showed up on time each day eager to learn .She always got along with her fellow crew members who misses her when she left
 I don't know the details of this matter, all I know is that Rhonda is a good person and that I am very proud to have her as my step-daughter along with  my five other daughters.

Respectfully Submitted


William Wahlefield